ORIGINAL

IN CHAMBERS
U.S.D.C. Atlanta

DEC 2 0 2021

_____ Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

OTHON MARBAN, SR. AND
OTHON MARBAN, JR.

Criminal Indictment

No. 2:21-CR-0053

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown, but at least by in or about May 2021, and continuing through on or about December 3, 2021, in the Northern District of Georgia and elsewhere, the defendants, OTHON MARBAN, SR. and OTHON MARBAN, JR., not being licensed importers, manufacturers, dealers, and collectors of firearms within the meaning of Chapter 44, Title 18 of the United States Code, knowingly and willfully conspired, agreed, and had a tacit understanding with each other to transfer, sell, trade, give, transport, and deliver firearms to a person who was not a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44, Title 18 of the United States Code, and who was not then residing in the State of Georgia, the State in which the defendants were then residing, in violation of Title 18, United States Code, Section 922(a)(5).

## Manner and Means of the Conspiracy

1. As a part of the conspiracy, the defendants, OTHON MARBAN, SR. and OTHON MARBAN, JR., purchased firearms from federally licensed firearms dealers and elsewhere.

2. As a part of the conspiracy, the defendants, OTHON MARBAN, SR. and OTHON MARBAN, JR., transported and attempted to transport the firearms to persons in Mexico unknown to the Grand Jury.

## Overt Acts

In furtherance of the conspiracy, and to accomplish its purpose and objectives, the defendants, OTHON MARBAN, SR. and OTHON MARBAN, JR., knowingly committed at least one of the following Overt Acts, including at least one of which that occurred in the Northern District of Georgia, and elsewhere, including, but not limited to:

1. On or about May 15, 2021, OTHON MARBAN, SR. bought two firearms from Outdoor Depot, a federally licensed firearms dealer (FFL).

2. On or about June 6, 2021, OTHON MARBAN, JR. bought one firearm from Academy Sports, an FFL.

3. On a date unknown, but at least by on or about June 22, 2021, OTHON MARBAN, SR. and OTHON MARBAN, JR. drove to Mexico. On or about June 22, 2021, OTHON MARBAN, SR. and OTHON MARBAN, JR. entered the United States from Mexico by vehicle.

4. On or about July 8, 2021, OTHON MARBAN, JR. bought two firearms from Foxhole Gun & Archery, an FFL.

5. On or about July 9, 2021, OTHON MARBAN, JR. bought three firearms from Academy Sports.

6. On or about July 9, 2021, OTHON MARBAN, SR. bought two firearms from Academy Sports.

7. On a date unknown, but at least by on or about August 3, 2021, OTHON MARBAN, SR. and OTHON MARBAN, JR. drove to Mexico. On or about August 3, 2021, OTHON MARBAN, SR. and OTHON MARBAN, JR. entered the United States from Mexico by vehicle.

8. On or about August 23, 2021, OTHON MARBAN, SR. bought two firearms from Academy Sports.

9. On or about August 24, 2021, OTHON MARBAN, JR. bought two firearms from the Georgia Gun Store, an FFL.

10. On or about August 31, 2021, OTHON MARBAN, JR. bought one firearm from the Georgia Gun Store.

11. On or about August 31, 2021, OTHON MARBAN, SR. bought one firearm from the Georgia Gun Store.

12. On a date unknown, but at least by on or about September 13, 2021, OTHON MARBAN, SR. and OTHON MARBAN, JR. drove to Mexico. On or about September 13, 2021, OTHON MARBAN, SR. and OTHON MARBAN, JR. entered the United States from Mexico by vehicle.

13. On or about September 29, 2021, OTHON MARBAN, JR. bought one firearm from Outdoor Depot, an FFL.

14. On or about October 31, 2021, OTHON MARBAN, JR. bought two firearms from Academy Sports.

15. On or about November 17, 2021, OTHON MARBAN, SR. bought three firearms from Dawsonville Gun and Pawn, an FFL.

16. On or about November 19, 2021, OTHON MARBAN, JR. bought one firearm from Outdoor Depot.

17. On or about November 22, 2021, OTHON MARBAN, SR. bought two firearms from Academy Sports.

18. On or about November 29, 2021, OTHON MARBAN, SR. bought three firearms from Dawsonville Gun and Pawn.

19. On or about December 2, 2021, OTHON MARBAN, SR. and OTHON MARBAN, JR. possessed multiple firearms including:

    a. one (1) Winchester, model SXP, 12-gauge shotguns;

    b. one (1) Smith and Wesson, model M&P15, .223 caliber rifle;

    c. ten (10) Ruger, model 10-22, .22 caliber rifles;

    d. one (1) Browning 12-gauge shotgun;

    e. two (2) Winchester, model Super X Model 1, 12-gauge shotguns;

    f. one (1) Benelli, model Super Black Eagle II, 12-gauge shotgun;

    g. two (2) Winchester .22 caliber rifles;

    h. two (2) Stevens 12-gauge shotguns;

    i. one (1) American Tactical 12-gauge shotgun;

    j. one (1) New England Firearms, model SA1-130, 12-gauge shotgun;

    k. one (1) SCCY, model CPX-4, .380 caliber pistol;

    l.  one (1) Ruger 9mm pistol;

    m. one (1) FEG, model PA-63, .380 caliber pistol;

    n.  one (1) American Tactical, model GSG-1911, .22 caliber pistol;

    o.  two (2) Beretta, model 92X, 9mm pistols;

    p.  one (1) Smith and Wesson, model 686, .357 caliber revolver;

    q.  one (1) Beretta, model M9, .22 caliber pistol;

    r.  one (1) Remington, model 870, 12-gauge shotgun;

    s.  one (1) Mossberg 12-gauge shotgun;

    t.  one (1) Smith and Wesson, model M&P, .22 caliber rifle;

    u.  one (1) Beretta, model AL391, 12-gauge shotgun;

    v.  one (1) Mossberg .22 caliber rifle;

    w. two (2) Typhoon 12-gauge shotguns;

    x.  one (1) Spikes Tactical multi-caliber rifle; and

    y.  one (1) Bushmaster, model XM15, multi-caliber rifle.

20. On or about December 3, 2021, OTHON MARBAN, SR. and OTHON MARBAN, JR. attempted to drive to Mexico.

All in violation of Title 18, United States Code, Section 371.

### Count Two

On or about December 3, 2021, in the Northern District of Georgia, the defendants, OTHON MARBAN, SR. and OTHON MARBAN, JR., aided and abetted by each other, did knowingly possess, receive, conceal, store, barter, sell, and dispose of at least one of the following stolen firearms that had been shipped and transported in interstate and foreign commerce:

- one (1) SCCY, model CPX-4, .380 caliber pistol; and
- one (1) Smith and Wesson, model M&P AR-15, 5.56 caliber pistol,

in violation of Title 18, United States Code, Sections 922(j) and 924(a), and Section 2.

### Counts Three through Five

On or about each of the following dates in the chart below, in the Northern District of Georgia, the defendant, OTHON MARBAN, SR., knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, in connection with the acquisition of at least one of the corresponding firearms listed in the chart below, which statement was intended and likely to deceive the licensed firearms dealer listed in the chart below as to a fact material to the lawfulness of the acquisition of the firearms by OTHON MARBAN, SR., under Chapter 44, Title 18, United States Code, that is:

| Count | Date | Licensed Firearms Dealer | Firearm(s) Acquired by Defendant |
|---|---|---|---|
| Three | November 17, 2021 | Dawsonville Gun and Pawn | two (2) Ruger, model SR22, .22 caliber pistols; and one Smith and Wesson, model M&P 22, .22 caliber pistol |
| Four | November 22, 2021 | Academy Sports | two (2) Smith and Wesson, model M&P 380 Shield EZ, .380 caliber pistols |

6

| Five | November 29, 2021 | Dawsonville Gun and Pawn | three (3) Ruger, model 10/22, .22 caliber rifles |

in that OTHON MARBAN, SR. falsely represented that he was the actual transferee and buyer of the firearms, all in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

### Counts Six Through Eight

On or about each of the following dates in the chart below, in the Northern District of Georgia, the defendant, OTHON MARBAN, JR., knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, in connection with the acquisition of the corresponding firearms listed in the chart below, which statement was intended and likely to deceive the licensed firearms dealer listed in the chart below as to a fact material to the lawfulness of the acquisition of the firearms by OTHON MARBAN, JR. under Chapter 44, Title 18, United States Code, that is:

| Count | Date | Licensed Firearms Dealer | Firearm(s) Acquired by Defendant |
|---|---|---|---|
| Six | September 29, 2021 | Outdoor Depot | one (1) Winchester, model SXP, 12-gauge shotgun |
| Seven | October 31, 2021 | Academy Sports | one (1) Winchester, model SXP, 12-gauge shotgun; and one (1) Ruger, model 10/22, .22 caliber rifle |
| Eight | November 19, 2021 | Outdoor Depot | one (1) Ruger, model AR556, multi-caliber rifle |

in that OTHON MARBAN, JR. falsely represented that he was the actual transferee and buyer of the firearms, all in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

## Forfeiture Provision

Upon conviction of any of the offenses alleged in Counts One through Eight of this Indictment, the defendants, OTHON MARBAN, SR. and OTHON MARBAN, JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense(s).

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A ___TRUE___ BILL

_____
FOREPERSON

KURT R. ERSKINE
*United States Attorney*

JENNIFER KEEN
*Assistant United States Attorney*
Georgia Bar No. 231778

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181